IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:14-CR-372-P |
| v. | ECF |
| KERRY LYNN LEWIS, JR. (1) | [To Be Filed Under Seal] |

## PLEA AGREEMENT SUPPLEMENT

Kerry Lynn Lewis, Jr., the defendant, Jeffrey C. Grass, the defendant's attorney, and the United States of America (the government), agree there are no additional terms to the Plea Agreement in the above-captioned case.

Agreed to and signed this 30th day of July, 2015.

_____
KERRY LYNN LEWIS, JR.
Defendant

_____
JEFFREY C. GRASS
Attorney for Defendant

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas State Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8617
Fax: 214-659-8809
Email: John.Boyle2@usdoj.gov

_____
GARY C. TROMBLAY
Deputy Criminal Chief

Plea Agreement Supplement-Page 1

# CERTIFICATE

I have read or had read to me this Plea Agreement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_____    _____
KERRY LYNN LEWIS, JR.              Date
Defendant

I am the defendant's counsel. I have carefully reviewed every part of this Plea Agreement with the defendant. To my knowledge and belief, my client's decision to enter into this Plea Agreement is an informed and voluntary one.

_____    7.30.2015
JEFFREY C. GRASS                   Date
Attorney for Defendant