**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
PROBATION AND PRETRIAL SERVICES**



### FED. R. CRIM. PROC. 32(e)(2) Disclosure of the Presentence Report

This office has electronically submitted the Presentence Report in the Electronic Case Files (ECF) system of the United States District Court for the Northern District of Texas. ECF provides notice to the attorney for the government and the defendant's attorney. The defendant's attorney will provide the defendant his or her copy in a timely manner before the date set for sentencing.

If you received the Notice of Electronic Filing (NEF), proof of this disclosure is reflected in the NEF maintained on the case docket sheet. If you received disclosure via another manner, a Record of Receipt form is enclosed. Please complete and return it to this office in a timely manner.

### Submitting Your Response to the Presentence Report

Carefully follow the [clerk's instructions](#) if using ECF to electronically submit your response to the report. (Electronic submission is permitted by all judges of the Northern District of Texas, subject to the requirement to provide the original to the judge, as noted in the instructions.) If you do not use ECF to submit your response, in addition to the original that you must submit to the judge, you must also provide a copy to opposing counsel and the U.S. Probation Officer who prepared the Presentence Report.